MAR 18 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE WALKER, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CMRE Financial Services, Inc.,<br><br>    Defendant. | Case No.: 20-CV-2218-BEN-JLB<br><br>**ORDER DENYING AS MOOT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

On December 30, 2020, the Parties filed a Second Joint Motion to extend Defendant CMRE Financial Services, Inc.'s time to respond to the Complaint filed by Plaintiff Renee Walker. ECF No. 8. Defendant filed its Answer to the Complaint on January 7, 2021. ECF No. 9. Accordingly, the Joint Motion is **DENIED as moot**. Defendant's answer, however, is treated as being timely filed.

**IT IS SO ORDERED.**

Dated: March /, 2020
 (mre)

HON. ROGER T. BENITEZ
United States District Judge

1