UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE WALKER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CMRE Financial Services, Inc.,<br><br>Defendant. | Case No.:  3:20-cv-02218-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION REGARDING BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION**<br><br>**[ECF No. 27]** |

Having considered the Parties' Joint Motion Regarding the Briefing Schedule for their Class Certification, ECF No. 27, and good cause appearing, it is hereby ordered that Defendant CMRE FINANCIAL SERVICES, INC. shall have four weeks to file its Opposition to Plaintiff Renee Walker's motion for class certification.  Plaintiff shall have three weeks to file his reply.

**IT IS SO ORDERED.**

Dated: May 26, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge